```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 46893
    JOANN WORTHY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-0853


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/21/2004 and was confirmed 02/03/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 08/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CHICAGO MUNICIPAL EMPLOY   SECURED         12016.73         747.26        12016.73
ECAST SETTLEMENT CORP      UNSECURED         639.85            .00          639.85
AMERICAN EXPRESS TRAVEL    UNSECURED         285.61            .00          285.61
AMERICASH LOANS LLC        UNSECURED         672.40            .00          672.40
BANKFIRST CARD CENTER      UNSECURED       NOT FILED          .00             .00
BANKFIRST CARD CENTER      UNSECURED       NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED        2114.32            .00         2114.32
BP AMOCO                   UNSECURED       NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00             .00
SMC                        UNSECURED        3149.30            .00         3149.30
CASUAL CORNER MBGA GECC    UNSECURED       NOT FILED          .00             .00
CHICAGO MUNICIPAL EMPLOY   SECURED          4607.44         341.86         4607.44
RESURGENT ACQUISITION LL   UNSECURED         275.62            .00          275.62
RESURGENT ACQUISITION LL   UNSECURED         945.49            .00          945.49
RESURGENT ACQUISITION LL   UNSECURED        2284.27            .00         2284.27
WORLD FINANCIAL NETWORK    UNSECURED        1763.68            .00         1763.68
ROUNDUP FUNDING LLC        UNSECURED        1970.56            .00         1970.56
ROUNDUP FUNDING LLC        UNSECURED        1715.61            .00         1715.61
DIRECT MERCHANTS BANK      UNSECURED       NOT FILED          .00             .00
WORLD FINANCIAL NETWORK    UNSECURED         646.80            .00          646.80
FINGERHUT                  UNSECURED         296.04            .00          296.04
FIRST CONSUMERS            UNSECURED       NOT FILED          .00             .00
ROUNDUP FUNDING LLC        UNSECURED        1038.94            .00         1038.94
ECAST SETTLEMENT CORP      UNSECURED         530.15            .00          530.15
ILLINOIS LENDING CORPORA   UNSECURED       NOT FILED          .00             .00
ILLINOIS LENDING CORPORA   UNSECURED       NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED        1031.14            .00         1031.14
MARSHALL FIELDS            UNSECURED        1438.92            .00         1438.92
MENARDS                    UNSECURED       NOT FILED          .00             .00
PAYDAY LOAN                UNSECURED       NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 46893 JOANN WORTHY
```

```
RESURGENT ACQUISITION LL  UNSECURED        3015.48              .00         3015.48
SMC                       UNSECURED        2707.01              .00         2707.01
SHELL                     UNSECURED       NOT FILED             .00              .00
WORLD FINANCIAL NETWORK   UNSECURED         239.86              .00          239.86
SPIEGEL                   UNSECURED       NOT FILED             .00              .00
ROUNDUP FUNDING LLC       UNSECURED        1329.74              .00         1329.74
WORLD FINANCIAL NETWORK   UNSECURED         144.44              .00          144.44
CHICAGO MUNICIPAL EMPLOY  UNSECURED       NOT FILED             .00              .00
AMERICAN EXPRESS TRAVEL   UNSECURED         653.06              .00          653.06
ECAST SETTLEMENT CORP     UNSECURED         528.75              .00          528.75
PETER FRANCIS GERACI      DEBTOR ATTY    2,700.00                           2,700.00
TOM VAUGHN                TRUSTEE                                           3,088.79
DEBTOR REFUND             REFUND                                              803.38
```

Summary of Receipts and Disbursements:

```
                          RECEIPTS            DISBURSEMENTS

TRUSTEE                  53,722.50

PRIORITY                                             .00
SECURED                                        16,624.17
   INTEREST                                     1,089.12
UNSECURED                                      29,417.04
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            3,088.79
DEBTOR REFUND                                     803.38
                         ---------------      ---------------
TOTALS                   53,722.50             53,722.50
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE